■ HELEN MURPHY, Appellant, v BENTON KENDIG et al., Defendants and Third-Party Plaintiffs-Respondents. OSCAR's PENFIELD GRILL, INC., et al., Third-Party Defendants-Respondents. (Appeal No. 2.) [744 NYS2d 745] —Appeal from an order of Supreme Court, Monroe County (Galloway, J.), entered March 21, 2001, which denied plaintiff's motion for reargument.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Empire Ins. Co. v Food City, 167 AD2d 983, 984). Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Scudder and Burns, JJ.